UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST AMERICAN TITLE INSURANCE COMPANY,
TRANSNATION TITLE INSURANCE COMPANY,
LAWYERS TITLE INSURANCE COMPANY,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, TICOR TITLE INSURANCE COMPANY,
CHICAGO TITLE INSURANCE COMPANY,
TICOR TITLE INSURANCE COMPANY OF FLORIDA,
and FIDELITY NATIONAL TITLE INSURANCE
COMPANY,

    Plaintiffs,

v.                                                                               Case No. 06-12061

BERNARD J. YOUNGBLOOD, Wayne
County Register of Deeds, in his individual and   HONORABLE AVERN COHN
official capacity.

    Defendant.

_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

    This is a case under 42 U.S.C. § 1983 with pendent state law claims.  Before the Court is plaintiffs' motion for leave to file an amended complaint.  The motion is GRANTED.

    SO ORDERED.


Dated:  July 19, 2006              s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, July 19, 2006, by electronic and/or ordinary mail.

                                           s/Julie Owens
                                         Case Manager, (313) 234-5160